UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ANTHONY LEE

          Plaintiff(s),

v.

DANA CORPORATION

          Defendant(s).
_____/

Case No. 2:20-CV-11282-DPH-DRG

Judge Denise Page Hood

Magistrate Judge David R. Grand

### REQUEST FOR CLERK'S ENTRY OF DEFAULT JUDGMENT

To:    Clerk of the Court

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and E. D. Mich. LR 55.2, it is requested that the Clerk of Court enter a judgment by default against

- DANA CORPORATION

Please review the Affidavit of Sum Certain.

### AFFIDAVIT

In support of the Request for Clerk's Entry of Default Judgment, I hereby declare under penalty of perjury that the following statements are true and correct:

1. __DANA CORPORATION__ is subject to default judgment.

2. A default has been entered on __August 31, 2020__ because the party has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 55(a).

3. The named party is not an infant, incompetent person or currently in the military service.

4. The plaintiff is entitled to the following judgment in the amount of $ __311,870.66__ for damages, costs, other:

   Wage Loss $183,695.00, Punitive Damages $50,000.00, Costs $416.00, Attorney Fees $77,759.66

Date: September 10, 2020

Carla D. Aikens, P69530
Carla D. Aikens, P.C.
615 Griswold St. Suite 709
Detroit, Michigan, 48226
844-835-2993
carla@aikenslawfirm.com