UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY LEE,

    Plaintiff,

vs.

DANA CORPORATION,

    Defendant.

DOCKET NO. 2:20-cv-11282-DPH-DRG

Hon. Denise Page Hood

_____/

| **Carla D Aikens, P.C.** | **FOLEY & LARDNER LLP** |
|---|---|
| Carla Aikens (P69530) | Jeffrey S. Kopp (P59485) |
| 615 Griswold St., Suite 709 | Felicia O'Connor (P76801) |
| Detroit, MI 48226 | 500 Woodward Avenue, Suite 2700 |
| (844) 835-2993-telephone | Detroit, Michigan 48226 |
| Carla@aikenslawfirm.com | (313) 234-7100 |
| | (313) 234-2800 (Facsimile) |
| *Counsel for Plaintiff* | Counsel *for Dana Incorporated* |

_____/

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey S. Kopp of Foley & Lardner LLP, on behalf of Defendant Dana Incorporated in the above captioned cause of action.

                                   **FOLEY & LARDNER LLP**

                                   */s/ Jeffrey S. Kopp*
                                    Jeffrey S. Kopp (P59485)

2

                                                Felicia O'Connor (P76801)
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226
(313) 234-7100
(313) 234-2800 (Facsimile)
jkopp@foley.com
foconnor@foley.com
*Attorneys for Dana Incorporated*

Date: November 27, 2020

4846-7641-0835.1

## CERTIFICATE OF SERVICE

I hereby certify that, on November 27, 2020, I caused to be filed **Notice of Appearance of Jeffrey S. Kopp** and this Certificate of Service using the ECF system.

>*/s/ Jeffrey S. Kopp*
>Jeffrey S. Kopp